

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-21-00013-CV

Judy **FREEMAN,**
Appellant

v.

Kundu **JOHNSON,** individually and as Independent Administrator of the Estate of James Phillip
Johnson, deceased,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13953
Honorable Cynthia Marie Chapa, Judge Presiding

# **O R D E R**

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief
due July 6, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 24th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court